### BROWN v. LIDE.

This case being for decision by a full bench of six Justices, who are evenly divided in opinion, Russell, C. J., and Hill and Hines, JJ., being of the opinion that the judgment of the trial court should be reversed, and Beck, P. J., and Atkinson and Gilbert, JJ., being of the contrary opinion, the judgment is affirmed by operation of law.

No. 7168.  OCTOBER 19, 1929.

*R. B. Lambert,* for plaintiff.
*Augustine Sams,* and *C. Holland Feagan,* for defendant.